UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN AND KELLY ARMSTRONG, individually, as husband and wife, and as Guardians ad Litem for ██████ M.A., ██████, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINGS WINDOW FASHIONS MANUFACTURING CO., USA, INC., a foreign corporation; SPRINGS INDUSTRIES, INC., a foreign corporation; and SPRINGS WINDOW FASHIONS, LLC, a foreign corporation, all dba GRABER; MIKE AND ROBERTA QUIGGLE, individually and as husband and wife, and dba R & M INVESTORS, INC., a Washington corporation,<br><br>Defendants. | NO.<br><br>NOTICE OF REMOVAL<br><br>**Clerk's Action Required** |

NOW COME defendants Springs Window Fashions Manufacturing Co., USA, Inc.; Springs Industries, Inc., and Springs Window Fashions, LLC (collectively "Springs" or "the Springs Entities"), as and for their Notice of Removal of this action from the Superior Court of Washington, Mason County, state as follows:

1.

NOTICE OF REMOVAL - 1

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

This Notice of Removal is filed pursuant to 28 U.S.C. § 1441, et seq.

2.

On April 6, 2011, the Springs Entities were served with copies of the Summons and Complaint in this case, filed in the Superior Court of Washington, Mason County. A true and correct copy of these Summonses and a true and correct copy of the Complaint are attached collectively as Exhibit A.

3.

On July 28, 2011, following a scheduling conference with the Court, counsel for Springs first discussed the case with counsel for codefendants Mike and Roberta Quiggle and R&M Investors, Inc. At that time, counsel for Springs was first told that Mike and Roberta Quiggle received a discharge from the United States Bankruptcy Court from the Western District of Washington on September 11, 2009, and that R&M Investors, Inc. no longer exists and its assets have been liquidated. This was confirmed by receipt on July 28, 2011 of the Answer to First Amended Complaint and Motion to Dismiss filed by Mike and Roberta Quiggle and R&M Investors, Inc., a true and correct copy of which is attached as Exhibit B.

4.

As required by 28 U.S.C. § 1446(a), "a copy of all process, pleadings, orders, and other documents on file in the State Court are attached as Exhibit C.

5.

Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of first receipt by Defendants, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. (See Exhibit B, served on Springs on July 28, 2011.)

NOTICE OF REMOVAL - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

6.

Also pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed less than one year after suit was commenced in the state court. Accordingly, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446.

7.

Venue of this removal is proper under 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Washington is the federal district court for the district embracing the place where the state court suit is pending.

8.

This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9.

At the time this action was filed, Plaintiffs were and continue to be citizens of the State of Washington.

10.

At the time this action was filed, each of the Springs Entities were and continue to be corporations organized and existing under the laws of State of South Carolina, with their principal places of business in South Carolina. Thus, Springs Window Fashions Manufacturing Co., USA, Inc.; Springs Industries, Inc., and Springs Window Fashions, LLC are citizens of the State of South Carolina.

11.

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

The citizenship of defendants Mike and Roberta Quiggle and R&M Investors, Inc. should be disregarded for removal purposes because these defendants were fraudulently and frivolously joined in the Action. The Discharge of Debtor entered under 11 U.S.C. § 727 by the United States Bankruptcy Court for the Western District of Washington – subsequent to the incident that forms the bases of all Plaintiffs' claims against these defendants – conclusively establishes that all Plaintiffs' claims against these defendants are extinguished and were extinguished at the time of filing of the Complaint. (See Exhibit B.) This information was publicly available, including to Plaintiffs, at the time of filing. (See id.)

12.

Therefore, the citizenship of Mike and Roberta Quiggle and R&M Investors, Inc. should be disregarded for removal purposes, and the naming of Mike and Roberta Quiggle and R&M Investors, Inc. does not defeat removal of the Action.

13.

As established by the foregoing, the Springs Entities are the only defendants "properly joined and served" under 28 U.S.C. § 1441(b). Accordingly, the controversy in the action is wholly between citizens of different states. Plaintiffs are citizens of Washington and the Springs Entities are citizens of South Carolina.

14.

A district court has original diversity jurisdiction where "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). That threshold is met in this action, as plaintiffs allege in Paragraph 3.7 of their Complaint that they seek $7.5 million in future medical costs, along with other damages. (See Exhibit A.)

15.

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

The state court action may be removed to this Court by Springs in accordance with the provisions of 28 U.S.C. § 1441(a) and (b) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Washington; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

16.

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to all counsel of record, and a Notice to Clerk of Removal has been simultaneously filed with the Superior Court for State of Washington, Mason County.

WHEREFORE, Defendants Springs Window Fashions Manufacturing Co., USA, Inc.; Springs Industries, Inc., and Springs Window Fashions, LLC hereby remove the above-captioned action from the Plaintiffs' counsel, and a Notice to Clerk of Removal has been simultaneously filed with the Superior Court for State of Washington, Mason County and requests that further proceedings be conducted in this Court as provided by law.

DATED this 24th day of August, 2011.

LAW OFFICE OF WILLIAM J. O'BRIEN

By: _____
Gregory G. Wallace, WSBA No. 29029
Attorneys for Defendants Springs Window
Fashions Mfg. Co. USA, Inc., Springs
Industries, Inc., and Springs Window
Fashions, LLC, all dba Graber

-and-

NOTICE OF REMOVAL - 5

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

Jameson B. Carroll (admitted *pro hac vice*)
Michael Weiss (admitted *pro hac vice*)
CARROLL & WEISS LLP
1819 Peachtree Road, Suite 104
Atlanta, GA 30309

Attorneys for Defendants Springs Window Fashions Mfg. Co. USA, Inc., Springs Industries, Inc., and Springs Window Fashions, LLC, all dba Graber

NOTICE OF REMOVAL - 6

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

EXHIBIT A

REC'D & FILED
MASON CO. WA.

2011 JAN 11 A 11:14

PAT SWARTOS. CO. CLERK
BY _____ DEPUTY

ORIGINAL

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF MASON

| | |
|---|---|
| JOHN AND KELLY ARMSTRONG, individually, as husband and wife and as Guardians ad Litem for ▓▓▓ M.A. ▓▓▓ minor,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINGS WINDOW FASHIONS MANUFACTURING CO. USA, INC., a foreign corporation, d/b/a GRABER; MIKE & ROBERTA QUIGGLE, individually and as husband and wife, and d/b/a R & M Investors, Inc., a Washington corporation,<br><br>Defendants. | NO. 11 2 00028 5<br><br>COMPLAINT FOR INJURIES AND DAMAGES IN TORT |

COMES NOW the Plaintiffs, JOHN AND KELLY ARMSTRONG, husband and wife and the parents of the minor child, ▓▓▓▓▓▓▓, duly appointed Guardians ad

COMPLAINT — 1 —

\\Fileserver\shared office folders\TEL Matters\Armstrong, Mariah 11-13-08\Pleadings\Complaint.doc

LAW OFFICES OF
TERRY E. LUMSDEN
3517 SIXTH AVENUE, SUITE 200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

Litem to pursue the injury claims of their daughter referenced herein, by and through their attorney of record, TERRY E. LUMSDEN, for a cause of action against Defendant SPRINGS WINDOW FASHIONS MANUFACTURING CO. USA, INC. (hereafter "Springs Window"), a foreign corporation, d/b/a GRABER; and MIKE & ROBERTA QUIGGLE, individually and as husband and wife, and d/b/a R & M Investors, Inc., a Washington corporation, and allege:

### 1.0 PARTIES

1.1 Plaintiffs John and Kelly Armstrong are husband and wife, parents and appointed Guardians ad Litem of the minor child, M.A., whose birthday is ▓▓▓▓ 2005.

1.2 Defendant Springs Window is a foreign corporation of the state of South Carolina.

1.3 Mike and Roberta Quiggle are individuals and are husband and wife, and

1.4 Mike and Roberta Quiggle were doing business as R & M Investors, Inc., a Washington corporation.

### 2.0 JURISDICTION

2.1 Plaintiffs at all times noted herein were residents of Mason County.

2.2 Springs Window is a foreign corporation of the state of South Carolina.

2.3 Mike and Roberta Quiggle are residents of Mason County.

2.4 R & M Investors, Inc. was a duly licensed and authorized corporation in the state of Washington, doing business in Mason County.

COMPLAINT - 2 -

\\Fileserver\shared office folders\TEL Matters\Armstrong, Mariah 11-13-08\Pleadings\Complaint.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 SIXTH AVENUE, SUITE 200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

2.5  Mason County Superior Court is the proper forum for this claim.

3.0  FACTS

3.1  Defendants Mike & Roberta Quiggle, individually, and as a married couple, and doing business as R & M Investors, Inc., purchased the home from a third party, remodeled the home and sold it on September 2, 2004 to Plaintiffs John and Kelly Armstrong.

3.2  On November 13, 2008, M.A. [redacted] was seriously and permanently injured after putting her head into her home's window blinds' cords designed, manufactured and sold by Defendant Springs Window, under the d/b/a of Graber.

3.3  For many years, manufacturers of window blinds' curtains, etc., including Springs Window, have known of the dangerous nature of window blinds' cords and the hazard they present to minor children.

3.4  Defendant Springs Window has participated in numerous industry meetings, studies and seminars to discuss and analyze this dangerous nature of window blinds' cords.

3.5  Defendant Springs Window has never issued a recall of its product either to wholesalers, retailers or homeowners, nor published in newspapers, magazines, internet or on television, that their window blinds' cords should be removed or otherwise made safe from a child being able to put its head through the cords and choking.

3.6  Defendant Springs Window was asked by Plaintiffs to assist in the expenses of medical treatment therapy and needed for M.A. [redacted] It declined.

COMPLAINT  - 3 -

\\Fileserver\shared office folders\TEL Matters\Armstrong, Mariah 11-13-08\Pleadings\Complaint.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 SIXTH AVENUE, SUITE 200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

3.7 A preliminary Life Care Plan has been prepared for ~~[redacted]~~ M.A. not including all the future medical care she will need, not including her loss of future earnings, and not including her pain and suffering, at a cost of $7.5 million dollars.

### 4.0 CLAIMS

4.1 Defendant Springs Window negligently designed and/or constructed and sold window blinds' cords for the subject home under the trade name of Graber..

4.2 Defendant Springs Windows violated the Washington State Product Liability Act, RCW 7.72 et seq; including negligence, failure to warn, and strict liability.

4.3 Defendant Springs Window failed to follow up, recall, warn, or otherwise attempt to render safe the window blinds' cords, even after decades of overwhelming information about significant injuries to minor children who came into contact with such window blinds' cords.

4.4 Defendants Mike & Roberta Quiggle, individually, as a married couple and d/b/a R & M Investors, Inc. installed or failed to remove said window blinds' cords from the home they purchased, remodeled and sold to the Plaintiffs.

4.5 The negligence of Springs Window and Mike and Roberta Quiggle, individually, as a married couple and d/b/a R & M Investors, Inc., were the sole and proximate causes to M.A. ~~[redacted]~~ injuries and the parents' loss of consortium.

4.6 M.A. ~~[redacted]~~ suffered permanent, severe brain damage, pain and suffering, loss of enjoyment of life, disability and dysfunction, loss of future earnings, and incurred medical bills past and future due to defendants' conduct.

COMPLAINT - 4 —

\\Fileserver\shared office folders\TEL Matters\Armstrong, Mariah 11-13-08\Pleadings\Complaint.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 SIXTH AVENUE, SUITE 200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

4.7 M.A. parents, John and Kelly Armstrong, have suffered loss of consortium, love and affection and companionship with their daughter.

## 5.0 PUNITIVE DAMAGES

5.1 Plaintiffs reserve the right to amend the Complaint to add a claim for Punitive Damages under State of Washington "Conflict of Laws" analysis, from the defendant Springs Window Fashions state of incorporation, South Carolina, if the egregious conduct of Springs Window Fashions, as alleged herein, occurred in South Carolina. This reservation also applies if this lawsuit is ever removed to Federal Court.

## 6.0 PRAYER FOR RELIEF

61 Wherefore, Plaintiffs pray for judgment against the Defendants in such sum as will fairly compensate the Plaintiffs.

DATED this 10 day of Jan, 2011.

LAW OFFICES OF TERRY E. LUMSDEN

_____
Terry E. Lumsden, WSBA#5254
Attorney for Plaintiffs

COMPLAINT — 5 —

\\Fileserver\shared office folders\TEL Matters\Armstrong, Mariah 11-13-08\Pleadings\Complaint.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 SIXTH AVENUE, SUITE 200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

EXHIBIT B

|   |   |
|---|---|
| | REC'D & FILED<br>MASON CO. WA<br>2011 JUL 21 P 1: 58<br>PAT SWARTOS, CO. CLERK<br>———————DEPUTY |

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF MASON

| | |
|---|---|
| JOHN AND KELLY ARMSTRONG, Individually, as husband and wife and as Guardians as litem for ▮▮▮▮, M.A., ▮▮▮▮▮, minor <br><br>Plaintiff,<br><br>and<br><br>SPRINGS WINDOW FASHIONS MANUFACTURING CO. USA, INC. a foreign corporation, dba GRABER: MIKE & ROBERTA QUIGGLE, individually and as husband and wife, and dba R&M INVESTORS, INC. a Washington Corporation.<br><br>Defendant. | NO. 11-2-00028-5<br><br>ANSWER TO FIRST AMENDED COMPLAINT AND MOTION TO DISMISS R&M INVESTORS, INC. AND MIKE AND ROBERTA QUIGGLE |

TO: ALL PARTIES HEREIN.

COMES NOW the above-named defendant and hereby answers Plaintiff's complaint as follows:

The defendants, R&M Investors Inc. and Mike and Roberta Quiggle, have insufficient knowledge as to the truth or falsity of all allegations in Plaintiff's complaint, and therefore DENY the same.

---

ANSWER TO FIRST AMENDED COMPLAINT
AND MOTION TO DISMISS - 1



KENNETH E. ROSSBACK
3219-6th Avenue
Tacoma, WA 98406
Phone: 253-573-1300
Fax: 253-752-6900

Mike and Roberta Quiggle filed a chapter 7 Bankruptcy Petition on May 22, 2009; a copy of the notice is attached hereto and incorporated herein by this reference.

Mike & Roberta Quiggle received a discharge order from the Bankruptcy Court on September 11, 2009; a copy of the notice is attached hereto and incorporated herein by this reference.

R&M Investors Inc. no longer exists and all assets thereof have been liquidated by the chapter 7 trustee in the above reference case.

The automatic stay imposed by the bankruptcy court prohibits any action from being taken against the debtors or their property.

Therefore Mike and Roberta Quiggle respectfully request that they be dismissed from this action.

Dated: 7-19-11

Kenneth E. Rossback, WSBA #19560
Attorney for the Defendant

ANSWER TO FIRST AMENDED COMPLAINT
AND MOTION TO DISMISS - 2



KENNETH E. ROSSBACK
3219-6th Avenue
Tacoma, WA 98406
Phone: 253-573-1300
Fax: 253-752-6900

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

REC'D & FILED
MASON CO. WA

2011 JUL 21 P 1:58

PAT SWARTOS, CO. CLERK

BY_____DEPUTY

Case No. 09-43671-PBS
Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael C Quiggle
301 E. Wallknee Blvd, #224-153
Shelton, WA 98584

Roberta L Quiggle
301 E. Wallknee Blvd, #224-153
Shelton, WA 98584

Social Security/Individual Taxpayer ID No.:
xxx-xx-0082

xxx-xx-7944

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **May 22, 2009**. It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: September 11, 2009

Paul B Snyder
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**



United States Bankruptcy Court
Western District of Washington

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 05/22/2009 at 3:37 PM and filed on 05/22/2009.

**Michael C Quiggle**
301 E. Wallknee Blvd, #224-153
Shelton, WA 98584
SSN / ITIN: xxx-xx-0082

**Roberta L Quiggle**
301 E. Wallknee Blvd, #224-153
Shelton, WA 98584
SSN / ITIN: xxx-xx-7944

The case was filed by the debtor's attorney:      The bankruptcy trustee is:

**Kenneth E Rossback**                            **Kathryn A Ellis**
Attorney at Law                                   600 Stewart St Ste 1300
3219 6th Ave                                      Seattle, WA 98101
Tacoma, WA 98406-5901                             206-682-5002
253-573-1300

The case was assigned case number 09-43671-PBS to Judge Paul B Snyder.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available with a Pacer account log in at https://ecf.wawb.uscourts.gov or via public terminals at the Clerk's Office, 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402 or 700 Stewart St, Room 6301, Seattle, WA 98101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

ORIGINAL