HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN AND KELLY ARMSTRONG, individually, as husband and wife, and as Guardians ad Litem for M.A., a minor,<br><br>                            Plaintiffs,<br><br>        v.<br><br>SPRINGS WINDOW FASHIONS MANUFACTURING CO., USA, INC., a foreign corporation, *et al*.,<br><br>                            Defendants. | No. CV11-5670 RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br>[Dkt. #22] |

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration [Dkt. #22] of the Court's Order [Dkt. #21] denying Plaintiff's Motion to Remand [Dkt. #10]. The Court has reviewed the motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior ruling. The Motion for Reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1